NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ZERIK A. SCOTT,**
*Petitioner*

**v.**

**DEPARTMENT OF STATE,**
*Respondent*

---

2017-1203

---

Petition for review of the Merit Systems Protection Board in No. DA-0752-14-0618-I-1.

---

## JUDGMENT

---

ANTHONY WARREN WALLUK, San Antonio, TX, argued for petitioner.

DAVID MICHAEL KERR, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by CHAD A. READLER, ROBERT E. KIRSCHMAN, JR., L. MISHA PREHEIM.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (PROST, *Chief Judge,* LOURIE and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| November 13, 2017 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |